

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2003 MAY 16  PM 2:55

LORETTA G. WHYTE
CLERK

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES FAULKNER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 02-0326** |
| **WILLIAM MCCORMICK, ET AL.** | **SECT."A" MAG. 5** |

### MOTION TO DISMISS

On motion of plaintiff Charles Faulkner and on suggesting to the Court that he desires that all of his claims against defendants E.L. Herman and William McCormick in both their individual and official capacity as St. Tammany Parish Sheriff's Deputies and all civil rights claims and other federal law claims against Sheriff Rodney Jack Strain, Jr., and former Sheriff Patrick Canulette in both their individual and official capacity as Sheriff of St. Tammany Parish; and that plaintiff's state law negligence claims against Rodney Jack Strain, Jr., in his individual capacity be dismissed with prejudice, with determination of the payment of cost to await final disposition of this case.

The undersigned consulted with counsel for defendants and defendants have no objection to this motion and consent to it being granted.

BY: _____
GARY W. BIZAL
Pierce & Bizal
639 Loyola Avenue, Suite 1820
New Orleans, LA 70113
(504) 525-1328

CERTIFICATE

I HEREBY CERTIFY that a copy of the above and foregoing has been furnished counsel of record by placing copy of same in the U.S. mail postage prepaid this _____ day of _____, 2003.
_____

DATE OF ENTRY
MAY 1 9 2003

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES FAULKNER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 02-0326** |
| **WILLIAM MCCORMICK, ET AL.** | **SECT."A" MAG. 5** |

### ORDER OF DISMISSAL

**CONSIDERING THE FOREGOING MOTION:**

**IT IS ORDERED, ADJUDGED, AND DECREED BY THE COURT:**

1. That all of the plaintiff's claims in the above numbered and entitled case against defendants E.L. Herman and William McCormick, in both their individual and official capacity as St. Tammany Parish Sheriff's Deputies, be dismissed with prejudice;

2. That all of plaintiff's civil rights claims and other federal law claims against current Sheriff Rodney Jack Strain, Jr. and former Sheriff Patrick Canulette, in both their individual and official capacity as Sheriff of St. Tammany Parish, be dismissed with prejudice;

3. That plaintiff's state law claims of negligence against defendant Rodney Jack Strain, Jr. in his individual capacity be dismissed with prejudice; and

2

4.  That payment of cost to be determined on final disposition of this case.

New Orleans, Louisiana, this 19th day of May, 2003.

_____
JUDGE

3