U.S. FILED
EASTERN DISTRICT COURT
DISTRICT OF LA
2003 DEC -9 PM 4: 10
LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| CHARLES FAULKNER | CIVIL ACTION |
| VERSUS | NO. 02-0326 |
| WILLIAM MCCORMICK, ET AL. | SECT."A" MAG. 5 |

### JOINT MOTION TO DISMISS

**NOW INTO COURT,** come plaintiff Charles Faulkner, and defendants Rodney Jack Strain, Sheriff of St. Tammany Parish, Patrick Canulette, former Sheriff of St. Tammany Parish, and all appearing herein through their respective undersigned counsel, and who submit to this Court that plaintiff's state law negligence claims in the above captioned and numbered lawsuit have been compromised and settled in the full and therefore they move this Honorable Court to dismiss the above captioned lawsuit in its entirety, with prejudice, with each party bearing its own costs.

_____
R. BRADLEY LEWIS
Talley, Anthony, Hughes and Knight L.L.C.
4565 LaSalle St., Suite 300
Mandeville, LA 70471
(985) 624-5010
ATTORNEY FOR SHERIFF RODNEY
JACK STRAIN, PATRICK CANULETTE,
WILLIAM MCCORMICK, AND E.L. HERMAN

_____
GARY BIZAL
Pierce & Bizal
639 Loyola Avenue, Suite 1820
New Orleans, LA 70113
(504) 525-1328
ATTORNEY FOR CHARLES FAULKNER

DATE OF ENTRY
DEC 1 1 2003

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CHARLES FAULKNER** | **CIVIL ACTION** |
| **VERSUS** | **NO. 02-0326** |
| **WILLIAM MCCORMICK, ET AL.** | **SECT. "A" MAG. 5** |

### JOINT ORDER OF DISMISSAL

Considering the settlement reached and concluded in the above captioned and numbered lawsuit and the parties Joint Motion to Dismiss:

**IT IS ORDERED, ADJUDGED AND DECREED BY THE COURT** that the above captioned and numbered case be and the same is hereby dismissed in its entirety, with prejudice, with each party to bear its own cost.

New Orleans, Louisiana, this 10th day of December, 2003.

_____
JUDGE